

# MANDATE
## The Fourteenth Court of Appeals

NO. 14-14-00980-CV

| | |
|---|---|
| The State of Texas for the Best Interest and Protection of E.A. | Appealed from the County Court at Law No. 1 of Fort Bend County. (Trial Court No. 14-CMH-002688). Memorandum Opinion delivered by Justice William J. Boyce. Justices McCally and Donovan also participating. |

**TO THE COUNTY COURT AT LAW NO. 1 OF FORT BEND COUNTY, GREETINGS:**

Before our Court of Appeals on September 3, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the order for temporary in-patient mental health services and the order to administer psychoactive medication, signed December 8, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the orders of the court below **REVERSED** and **RENDER** judgment denying the applications for court-ordered temporary mental health services and for court-ordered psychoactive medication.

We further order that all costs incurred by reason of this appeal be paid by appellee, The State of Texas.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, Texas, September 3, 2015.

**CHRISTOPHER A. PRINE, CLERK**